■ PHILIP FRIES, Appellant, v JOANNE FRIES, Now Known as JOANNE PRICE-YABLIN, Respondent.—Motion by respondent for poor person relief and assignment of counsel denied. Memorandum: Respondent has failed to show that she has served the notice of motion upon the County Attorney and, in addition, she has failed to submit an affidavit listing her property with its value *(see,* CPLR 1101 [a], [c]; *Matter of Teeter v Reed,* 57 AD2d 735). Present—Doerr, J. P., Green, Pine, Balio and Lawton, JJ.

■ PHILIP FRIES, Appellant, v JOANNE FRIES, Now Known as JOANNE PRICE-YABLIN, Respondent.—Motion by appellant

for poor person relief and for an extension of time to perfect appeal denied. Memorandum: Appellant has failed to show that he has served the notice of motion upon the County Attorney and has failed to set forth facts so that the merit to his appeal can be ascertained *(see,* CPLR 1101 [a], [c]; *Matter of Teeter v Reed,* 57 AD2d 735). Present—Doerr, J. P., Green, Pine, Balio and Lawton, JJ.